PER CURIAM.
We find no merit in the substantive issues raised by Appellants and affirm the final judgment without further discussion. However, because the trial court inadvertently entered duplicate judgments,* we remand for the court to strike the later-entered judgment. See Diecidue v. Lewis, 42 Fla. L. Weekly D376, 223 So.3d 1015, 2017 WL 535447 (Fla. 2d DCA Feb. 10, 2017); Sound Builders of St. Petersburg, Inc. v. Hanlon, 439 So.2d 276 (Fla. 2d DCA 1983).
AFFIRMED and REMANDED with directions.
LEWIS and WETHERELL, JJ., CONCUR; WINSOR, J„ CONCURRING WITH OPINION.

 The original judgment was filed with the clerk on September 8, 2016, at 11:03 a.m. and it was recorded in the official records (book 17701, pages 2137-47) on the same date. The duplicate judgment was filed with the clerk on September 8 at 2:23 p.m., but it was not recorded in the official records (book 17705, pages 535-45) until September 12.